**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| **ENDURANCE ASSURANCE CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:25-cv-00512** |
| | ) | |
| **MAIN STREET AMERICA ASSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

### NOTICE OF DISMISSAL

---

Comes now Plaintiff, Endurance Assurance Corporation, by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), being plaintiff in the above-referenced proceeding and filing this Notice before the opposing party has served an answer or a motion for summary judgment in the matter, and hereby provides notice of its dismissal of this matter without prejudice to its refiling.

Respectfully submitted this the 7th day of November, 2025.

**HODGES, DOUGHTY & CARSON, PLLC**

By: */s/ Mabern E. Wall*
    Mabern E. Wall, BPR # 031328
    *Attorney for Plaintiff*
    617 W. Main Street
    P.O. Box 869
    Knoxville, Tennessee 37902
    865-292-2307
    mwall@hdclaw.com

**CERTIFICATE OF SERVICE**

I hereby further certify that a copy of the foregoing **NOTICE OF DISMISSAL** was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system.

Said parties are:

| | |
|---|---|
| ☐ Hand<br>☒ Mail<br>☐ Fax<br>☐ Email | Main Street America Assurance Company<br>c/o Registered Agent Corporation Service Company<br>120 Hays Street<br>Tallahassee, FL 32301 |

This the 7th day of November, 2025.

_s/Mabern E. Wall_____
Attorney